1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TERRY SHORTS,                                No.  2:19-cv-0797 KJN P

12                      Petitioner,

13           v.                                     ORDER

14    C. PFEIFFER,

15                      Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Although petitioner filed a copy of his inmate trust account

19    statement, he has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).

20    See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to

21    either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

22    submit the appropriate filing fee.

23           In addition, petitioner has requested the appointment of counsel.  There currently exists no

24    absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

25    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

26    any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

27    § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

28    served by the appointment of counsel at the present time.

                                                    1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district; and

3.  Petitioner's motion for appointment of counsel (ECF No. 3) is denied without prejudice.

Dated:  May 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shor0797.101a+110

2