UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHORTS, | No. 2:19-cv-0797 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| C. PFEIFFER, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. On January 17, 2020, the undersigned recommended that respondent's motion to dismiss be granted as barred by the statute of limitations. Thus, the court does not find that the interests of justice would be served by the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 27) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: February 18, 2020

/shor0797.110

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE