1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TERRY SHORTS,                              No.  2:19-cv-0797 KJM KJN P

12                    Petitioner,

13        v.                                    ORDER

14   C. PFEIFFER,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On January 17, 2020, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23   objections to the findings and recommendations.[1]

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by proper analysis.

27

28   _____
[1] Petitioner also has filed a letter to the court that appears to request an extension, but given that
he previously filed objections, the extension request does not affect the issuance of this order.

                                         1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed January 17, 2020, are adopted in full;

3        2.  Respondent's motion to dismiss (ECF No. 17) is granted;

4        3.  The petition for writ of habeas corpus (ECF No. 1) is dismissed with prejudice as

5   barred by the statute of limitations; and

6        4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

7   § 2253.

8        5.  This case is CLOSED.

9   DATED:  November 30, 2020.

10

11                                              CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2